UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT L. PARK, | ) | |
| | ) | |
| Plaintiff, | ) | 06-2197 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER APPROVING MAGISTRATE RECOMMENDATIONS

Two recommendations [12, 13] were filed by the Magistrate Judge in the above cause on August 13, 2007. More than ten working days have elapsed since service of a copy of the recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1).

The recommendations of the Magistrate Judge are, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The court affirms the ALJ's conclusion that the plaintiff was capable of performing some semi-skilled light work jobs that existed in significant numbers in the national economy. The plaintiff's motion for summary judgment [9] is denied. The defendant's motion for an order which affirms the Commissioner's decision [11] is granted. This case is terminated.

ENTERED this 5th day of September, 2007.

**s\Harold A. Baker**
_____
HAROLD A. BAKER
U.S. DISTRICT JUDGE